UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-466-GW-Ex | Date | April 12, 2024 |
|---|---|---|---|
| Title | *Eagles Nest Outfitters, Inc. v. Taomore, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:   IN CHAMBERS - ORDER**

The Court has received and reviewed the parties' Joint Status Report (ECF No. 88). For the reasons stated therein, the dates previously set in the scheduling order (ECF No. 55) are modified as follows:

(1) Close of regular discovery (including any hearings on motions to compel discovery): May 13, 2024;

(2) Close of expert discovery (including any hearings on motions to compel discovery): June 10, 2024;

(3) Last day to hear motions (except for motions in limine which are heard at the pre-trial conference): July 8, 2024;

(4) Pre-trial conference: August 1, 2024 at 8:30 a.m.; and

(5) Jury Trial: August 13, 2024 at 9:00 a.m.

:

Initials of Preparer   JG