JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| EAGLES NEST OUTFITTERS, INC. | Case No. CV 23-466-GW-Ex |
|---|---|
| Plaintiff(s) | |
| v. | **JUDGMENT** |
| TAOMORE, INC., et al. | |
| Defendant(s) | |

1    Plaintiff Eagles Nest Outfitters, Inc. filed a Renewed Motion for Default
2 Judgment against Defendant Taomore, Inc. (the "Motion").

3    The Court, having considered the Motion, all associated briefing, pleadings,
4 oral argument of counsel, and the entire record herein, and finding good cause
5 therefor, hereby, in its discretion:

6    1. GRANTS Plaintiff's Motion;

7    2. Taomore has failed to plead in or otherwise defend against this action and
8       default was properly entered against it on April 5, 2024 (ECF 94);

9    3. Accordingly, the factual allegations in Plaintiff's Complaint are deemed
10      admitted by Taomore and Taomore is liable for the claims stated in
11      Plaintiff's Complaint;

12   4. Taomore is not an infant or incompetent person and is not in the military
13      service of the United States, and as such there is no reason to delay the entry
14      of default judgment against Taomore;

15   5. This Court has personal and subject matter jurisdiction over Taomore
16      pursuant to its status as a business entity organized under California law
17      and pursuant to the allegations in the Complaint;

18   6. Therefore JUDGMENT is entered in favor of Plaintiff and against Taomore
19      as to all claims for relief set forth in the Complaint;

20   7. Plaintiff shall have and recover of Taomore damages, costs, and attorneys'
21      fees in the total amount of $515,767.00; and

22   8. Furthermore Taomore is PERMANENTLY ENJOINED from further
23      violations of the Lanham and Patent Acts and state law as to Plaintiff's
24      intellectual property to include its two federally registered trademarks and
25      five patents. Specifically:

26      a. Taomore is PERMANENTLY ENJOINED from further
27         counterfeiting and infringing ENO's trademarks, engaging in any
28         activity constituting unfair competition with ENO, and infringing

ENO's patents;

b. Taomore is PERMANENTLY ENJOINED from importing, purchasing, distributing, selling, offering for sale, or otherwise using in commerce any counterfeit hammock strap product, or associated advertising, bearing the word mark "ENO" or ENO's design mark, or anything similar, and assisting, aiding, or abetting any other person or entity in importing, purchasing, distributing, selling, offering for sale, or otherwise using in commerce any counterfeit hammock strap product, or associated advertising, bearing the word mark "ENO" or ENO's design mark, or anything similar; and

c. Taomore is PERMANENTLY ENJOINED from making, using, offering to sell, or selling any of ENO's patented inventions, including inducing the infringement by others of ENO's patented inventions.

IT IS SO ORDERED.

Dated: November 4, 2024

HON. GEORGE H. WU,
United States District Judge